UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUIS SANDERS,

    Petitioner,

  v.

GARY SWARTHOUT, Warden,

    Respondent.

Case No. 14-cv-03610-YGR (PR)

**ORDER GRANTING RESPONDENT'S REQUEST FOR SECOND EXTENSION OF TIME TO FILE ANSWER**

GOOD CAUSE being shown, the Court hereby GRANTS Respondent's request for a second extension of time up to and including **August 24, 2015**, in which to file and serve an Answer to the petition for writ of habeas corpus. If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within **sixty (60) days** of his receipt of the Answer. Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision **sixty (60) days** after the date Petitioner is served with Respondent's Answer.

This Order terminates Docket No. 15.

IT IS SO ORDERED.

Dated: July 27, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge